UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| In re: | : | |
| --- | --- | --- |
| | : | |
| Edward A. Davis | : | Case No.: 17-17251 |
| Christine M. Davis | : | Chapter 13 |
| | : | Judge Jessica E. Price Smith |
| Debtor(s). | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Stephen R. Franks enters his appearance as counsel for Deutsche Bank National Trust Company, as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2005-2 Asset Backed Notes, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

    Respectfully submitted,

    /s/ Stephen R. Franks
    Stephen R. Franks (0075345)
    Edward H. Cahill
    John R. Cummins
    Adam B. Hall
    Karina Velter
    Sarah E. Barngrover
    Manley Deas Kochalski LLC
    P.O. Box 165028
    Columbus, OH  43216-5028
    Telephone: 614-220-5611
    Fax: 614-627-8181
    Attorneys for Creditor
    The case attorney for this file is Stephen R. Franks.
    Contact email is srfranks@manleydeas.com

17-042206_BAS1

## CERTIFICATE OF SERVICE

This is to certify that on December 18, 2017, a true and accurate copy of the foregoing Notice of Appearance and Request for Notices was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Office of U.S. Trustee, Northern District of Ohio, Party of Interest, (Registered address)@usdoj.gov

- Lauren A Helbling, Chapter 13 Trustee, lauren@helblinglpa.com

- William J. Balena, Attorney for Edward A. Davis and Christine M. Davis, docket@ohbksource.com

and on the below listed parties by regular U.S. mail, postage prepaid:

- Edward A. Davis and Christine M. Davis, 895 Jamestown Avenue, Elyria, OH  44035

- Lorain County Treasurer, 226 Middle Avenue , Elyria , OH  44035

/s/ Stephen R. Franks

17-042206_BAS1