# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: Edward A. Davis | ) | Case No. 17-17251 |
| Christine M. Davis | ) | Chapter 13 Proceedings |
| | ) | |
| Debtors. | ) | Judge Jessica E. Price Smith |

## CHAPTER 13 TRUSTEE'S OBJECTION TO DEBTORS' FIRST MOTION TO MODIFY PLAN

Now comes **LAUREN A. HELBLING**, the duly appointed and qualified Standing Chapter 13 Trustee ("Trustee") herein, by and through counsel, and hereby objects to the Debtors' First Motion to Modify Plan filed with the Court on February 27, 2018 (hereinafter "Debtors' Motion"). In support of her objection, the Trustee makes the following representations to the Court:

1. The Trustee's Objection to Confirmation filed with the Court on January 25, 2018 has not been resolved. Specifically, the following paragraph is not resolved: 1) Disposable Income.

2. The Trustee does not believe the Debtor's Motion complies with *Baud v. Carroll*, 634 F.3d 327, (C.A. 6 (Mich.) 2011) as the Debtor's plan will complete less than the applicable commitment period.

3. In addition, the Trustee wants to see a copy of the pay advice that included the bonus income the Debtors recently received.

**WHEREFORE** your Trustee, being a proper party in interest, hereby moves this Honorable Court to deny the Debtors' Motion for the reasons cited.

Respectfully submitted,

/S/ Holly Davala
HOLLY DAVALA (#0070447)
Staff Attorney for Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
(216) 621-4268 Phone
(216) 621-4806 Fax
Ch13trutee@ch13cleve.com

# CERTIFICATE OF SERVICE

I certify that on March 1, 2018, a true and correct copy of Trustee's Objection was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    William J. Balena, Attorney, on behalf of Debtors, at docket@ohbksource.com

And by regular U.S. mail, postage prepaid, on:

    Edward A. Davis, Debtor and Christine M. Davis, Debtor at 895 Jamestown Avenue, Elyria, OH 44035

    /S/ Holly Davala
    HOLLY DAVALA (#0070447)
    Staff Attorney for Chapter 13 Trustee
    200 Public Square, Suite 3860
    Cleveland OH 44114-2321
    (216) 621-4268 Phone
    (216) 621-4806 Fax
    Ch13trustee@ch13cleve.com

HD/alh
3/1/18