```
                                United States Bankruptcy Court
                                   Northern District of Ohio
In re:                                                            Case No. 17-17251-jps
Edward A. Davis                                                   Chapter 13
Christine M. Davis
         Debtors                     CERTIFICATE OF NOTICE
District/off: 0647-1          User: mgaug                 Page 1 of 2        Date Rcvd: Oct 24, 2019
                              Form ID: pdf869             Total Noticed: 47
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2019.
```
db/db          +Edward A. Davis,    Christine M. Davis,    895 Jamestown Avenue,    Elyria, OH 44035-1811
25278796       +Allkind Check Cashing DBA Cash Stop,    4880 Northfield Rd.,    N. Randall, OH 44128-4524
25204462      ++COLUMBIA GAS,     290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                (address filed with court: Columbia Gas,     Attn: President,    P.O. Box 742510,
                Cincinnati, OH 45274-2510)
25240495        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
25204458       +Cash Stop,    Attn: President,    2193 North Ridge Road,    Lorain, OH 44055-3412
25204459       +Central Credit Services, Inc.,     9550 Regency Square Blvd, #500,    Jacksonville, FL 32225-8169
25426563       +City of Elyria Law Director's Office,    131 Court St., Ste. 201,    Elyria, OH 44035-5511
25204460       +Cleveland Clinic,    Attn: President,    9500 Euclid Avenue,    Cleveland, OH 44195-0002
25204461        Cleveland Clinic Physicians,    Attn: President,    9500 Euclid Avenue,    Cleveland, OH 44106
25204463       +Dean McNeeley DDS,    Attn: President,    550 North Abbe Road,    Elyria, OH 44035-3709
25204464       +Elyria Memorial Hospital,    Attn: President,    630 East River Street,    Elyria, OH 44035-5981
25204465       +Elyria Public Utilities,    Attn: President,    P.O. Box 4018,    Elyria, OH 44036-2018
25204466       +First Credit,    P.O. Box 630838,    Cincinnati, OH 45263-0838
25204468       +Great Lakes Higher Education,    Attn: President,    2401 International Lane,
                Madison, WI 53704-3192
25204470       +Hard Rock Rocksino Northfield Park,    Attn: President,    10777 Northfield Road,
                Northfield, OH 44067-1236
25204472       +Lull,    Attn: President,    3905 State Street,    Santa Barbara, CA 93105-3138
25204479       +ROI,    P.O. Box 62850,    Baltimore, MD 21264-2850
25204481       +SPS Financing,    Attn: President,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
25304117        United States Department of Education,    Claims Filing Unit,    Po Box 8973,
                Madison, WI   53708-8973
25204483       +Wells Fargo,    3476 Stateview Blvd,    Attn: President,    Fort Mill, SC 29715-7200
25275779        Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,    P.O. Box 19657,    Irvine, CA 92623-9657
25204484        World Gym,    Attn: President,    5248 Cobblestone Road,    Sheffield Lake, OH 44054
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
25204455        E-mail/Text: paymentprocessing@avanteusa.com Oct 24 2019 23:47:00      Avante USA,
                3600 South Gessner Road, #225,    Houston, TX 77063
25204454       +E-mail/Text: bankruptcy1@acecashexpress.com Oct 24 2019 23:50:29
                Ace Cash - Corporate Office,    1231 Greenway Drive, Suite 600,    Attn: President,
                Irving, TX 75038-2511
25249754        E-mail/Text: ally@ebn.phinsolutions.com Oct 24 2019 23:47:18      Ally Financial,
                PO Box 130424,    Roseville MN 55113-0004
25204456       +E-mail/Text: cashamerica@nuvox.net Oct 24 2019 23:49:33      Cash Land,    17 Triangle Park,
                Attn: President,    Cincinnati, OH 45246-3411
25204457       +E-mail/Text: cashamerica@nuvox.net Oct 24 2019 23:49:34      Cash Land,    Attn: President,
                17 Triangle Park,    Cincinnati, OH 45246-3411
25271029        E-mail/Text: jennifer.chacon@spservicing.com Oct 24 2019 23:51:50
                Deutsche Bank National Trust Company,    c/o Select Portfolio Servicing, Inc.,
                Attn: Remittance Processing,    P.O. Box 65450,    Salt Lake City, UT 84165-0450
25204467       +E-mail/PDF: gecsedi@recoverycorp.com Oct 24 2019 23:44:26      GE Capital,    Attn: President,
                P.O. Box 642333,    Pittsburgh, PA 15264-2333
25204469       +E-mail/Text: dleabankruptcy@hrblock.com Oct 24 2019 23:47:50      H & R Block,    P.O. Box 677463,
                Dallas, TX 75267-7463
25204471       +E-mail/Text: bncnotices@becket-lee.com Oct 24 2019 23:48:05      Kohl's,    Attn: President,
                N56 W17000 Ridgewood Drive,    Menomonee Falls, WI 53051-7096
25204473        E-mail/Text: bankruptcydpt@mcmcg.com Oct 24 2019 23:49:53      Midland Credit Management, Inc.,
                P.O. Box 60578,    Los Angeles, CA 90060-0578
25204474       +E-mail/PDF: pa_dc_claims@navient.com Oct 24 2019 23:44:00      Navient,    Attn: President,
                123 Justison Street, 3rd Fl,    Wilmington, DE 19801-5363
25243760        E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Oct 24 2019 23:47:17
                Navient Solutions, LLC. on behalf of,    Great Lakes Higher Education Guaranty Co,
                GLHEC and Affiliates,    PO Box 8961,    Madison, WI 53708-8961
25204475       +E-mail/Text: electronicbkydocs@nelnet.net Oct 24 2019 23:50:10      Nelnet, Inc.,
                Attn: President,    P.O. Box 82561,    Lincoln, NE 68501-2561
25204476        E-mail/Text: bankruptcy@firstenergycorp.com Oct 24 2019 23:50:05      Ohio Edison,
                Attn: President,    P.O. Box 3637,    Akron, OH 44309-3637
25247415        E-mail/PDF: cbp@onemainfinancial.com Oct 24 2019 23:44:20      ONEMAIN,    PO BOX 3251,
                EVANSVILLE, IN. 47731-3251
25204478       +E-mail/Text: opportunitynotices@gmail.com Oct 24 2019 23:50:58      OPP Loans,    Attn: President,
                130 E Randolph St #3400,    Chicago, IL 60601-6379
25204477       +E-mail/PDF: cbp@onemainfinancial.com Oct 24 2019 23:44:21      Onemain Financial,
                360 Chestnut Commons Drive,    Attn: President,    Elyria, OH 44035-9604
25303694       +E-mail/Text: opportunitynotices@gmail.com Oct 24 2019 23:50:58      Opportunity Financial, LLC,
                130 E. Randolph Street,    Suite 3400,    Chicago, IL 60601-6379
25260087        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 25 2019 00:10:22
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
25206425       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 25 2019 00:10:21
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
25282300       E-mail/Text: bnc-quantum@quantum3group.com Oct 24 2019 23:49:24
                 Quantum3 Group LLC as agent for,    ACE Cash Express INC,    PO Box 788,
                 Kirkland, WA  98083-0788
25281694       E-mail/Text: bnc-quantum@quantum3group.com Oct 24 2019 23:49:24
                 Quantum3 Group LLC as agent for,    CF Medical LLC,    PO Box 788,    Kirkland, WA  98083-0788
25281695       E-mail/Text: bnc-quantum@quantum3group.com Oct 24 2019 23:49:25
                 Quantum3 Group LLC as agent for,    CP Medical LLC,    PO Box 788,    Kirkland, WA  98083-0788
25204480      +E-mail/Text: jolene.cozad@if-na.com Oct 24 2019 23:51:32       Sentral Financial LLC,
                 Attn: President,    84 Villa Road,    Greenville, SC 29615-3052
25204482       E-mail/Text: CollectionsCompliance@firstdata.com Oct 24 2019 23:51:56
                 TRS Recovery Service, Inc.,    P.O. Box 60022,    City of Industry, CA 91716
                                                                                               TOTAL: 25

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Deutsche Bank National Trust Company
cr             Wells Fargo Bank, N.A.
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
25256247*    ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
               (address filed with court: Columbia Gas of Ohio,     P.O. Box 117,    Columbus, OH 43216)
                                                                                         TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2019　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2019 at the address(es) listed below:

```
              Edward A. Bailey    on behalf of Creditor    Wells Fargo Bank, N.A. bknotice@reimerlaw.com
              Lauren A. Helbling    ch13trustee@ch13cleve.com, lhelbling13@ecf.epiqsystems.com
              Stephen R. Franks    on behalf of Creditor    Deutsche Bank National Trust Company
               amps@manleydeas.com
              William J. Balena    on behalf of Debtor Edward A. Davis docket@ohbksource.com,
               janet@ohbksource.com
              William J. Balena    on behalf of Debtor Christine M. Davis docket@ohbksource.com,
               janet@ohbksource.com
                                                                                               TOTAL: 5
```

IT IS SO ORDERED.

Dated: 24 October, 2019 01:28 PM



JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| In Re: | CASE NO. **17-17251** |
|---|---|
| Edward A. Davis & Christine M. Davis | CHAPTER 13 |
| | JUDGE PRICE SMITH |
| Debtor(s) | |

### ORDER GRANTING DEBTORS' MOTION TO SUSPEND PLAN PAYMENT FOR 60 DAYS

This case came on for consideration of Debtors' Motion to Suspend Plan payments for 60 days ("Debtors' Motion").

**IT APPEARS** to the Court that interested parties have been served, and the Chapter 13 Trustee objected (trustee's objection) to Debtors' Motion.

Trustee's objection states good cause and is sustained.

**IT IS THEREFORE ORDERED** that pursuant to the terms of Debtors' Motion, Debtors are granted a 60 day suspension of plan payments to the Chapter 13 Trustee. Debtors shall continue making conduit mortgage payments as provided in the confirmed plan.

**IT IS SO ORDERED.**


Submitted by,

/s/ William J. Balena
William J. Balena (0019641)
Attorney for Debtors
30400 Detroit Road, Suite 106
Westlake, OH 44145
(888) 633-5426
(866) 936-6113 - Fax
docket@ohbksource.com


/s/ Holly Davala
Holly Davala (0070447)
Chapter 13 Trustee Staff Attorney
200 Public Square #3860
Cleveland, OH 44114-2321
(216) 621-4268
(216) 621-4806 - Fax
chapter13trustee@ch13cleve.com

###

# SERVICE LIST

Lauren Helbling, Ch. 13 Trustee (via-ecf at ch13trustee@ch13cleve.com)

William J. Balena (via-ecf at docket@ohbksource.com)

Stephen R. Franks, on behalf of Deutsche Bank National Trust Company, via ecf at amps@manleydeas.com

Edward A Bailey on behalf of Wells Fargo Bank N.A. vis ecf at bknotices@reimerlaw.com.


AT&T Wireless
P.O. box 10330
Fort Wayne, IN 46851

Action Payloan
P.O. Box 7826
Shawnee Mission, KS 66207

Advance America Corp. Office
135 North Church Street
Spartanburg, SC 29306

Amsher Collection
4524 Southlake Pkwy, Suite 15
Birmingham, AL 35244

Attorney General of the United States
Main Justice Building
10th and Constitution Ave NW
Washington, DC 20530

CBE Group
1309 Technology Pkwy
Cedar Falls, IA 50613

Caine & Weiner
5805 Sepulveda Blvd
Van Nuys, CA 91411

Cashland
17 Triangle Pk
Cincinnati, OH 45246

Charter Communications
400 Atlantic Street
Stamford, CT 06901

Check N Go
7755 Montgomery Rd
Cincinnati, OH 45236

City of Westlake
2770 Hilliard Blvd
Westlake, OH 44145

Columbia Gas
P.O. Box 742510
Columbus, OH 45274

Credit CollectionAce Cash - Corporate Office
1231 Greenway Drive, Suite 600
Irving, TX 75038

Avante USA
3600 South Gessner Road, #225
Houston, TX 77063

Cash Land
17 Triangle Park
Cincinnati, OH 45246

Cash Land
17 Triangle Park
Cincinnati, OH 45246

Cash Stop
2193 North Ridge Road
Lorain, OH 44055

Central Credit Services, Inc.
9550 Regency Square Blvd, #500
Jacksonville, FL 32225

Cleveland Clinic
9500 Euclid Avenue
Cleveland, OH 44195

Cleveland Clinic Physicians
9500 Euclid Avenue
Cleveland, OH 44106

Columbia Gas
P.O. Box 742510
Cincinnati, OH 45274-2510

Dean McNeeley DDS
550 North Abbe Road
Elyria, OH 44035

Elyria Memorial Hospital
630 East River Street
Elyria, OH 44035

Elyria Public Utilities
P.O. Box 4018
Elyria, OH 44036-4018

FFCC
24700 Chagrin Blvd, #205
Beachwood, OH 44122

First Credit
P.O. Box 630838
Cincinnati, OH 45263

GE Capital
P.O. Box 642333
Pittsburgh, PA 15264

Great Lakes Higher Education
2401 International Lane
Madison, WI 53704

H & R Block
P.O. Box 677463
Dallas, TX 75267

Hard Rock Rocksino Northfield Park
10777 Northfield Road
Northfield, OH 44067

Kohl's
N56 W17000 Ridgewood Drive
Menomonee Falls, WI 53051

Lull
3905 State Street
Santa Barbara, CA 93105

Chicago, IL 60601

Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060-0578

ROI
P.O. Box 62850
Baltimore, MD 21264

Navient
123 Justison Street, 3rd Fl
Wilmington, DE 19801

Sentral Financial LLC
84 Villa Road
Greenville, SC 29615

Nelnet, Inc.
P.O. Box 82561
Lincoln, NE 68501

SPS Financing
P.O. Box 65250
Salt Lake City, UT 84165

Ohio Edison
P.O. Box 3637
Akron, OH 44309-3637

TRS Recovery Service, Inc.
P.O. Box 60022
City of Industry, CA 91716

Onemain Financial
360 Chestnut Commons Drive
Elyria, OH 44035

World Gym
5248 Cobblestone Road
Sheffield Lake, OH 44054

OPP Loans
130 E Randolph St #3400