**IT IS SO ORDERED.**

Dated: 17 May, 2021 10:54 AM



JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re: Edward Davis & | Case No. 17-17251 |
| Christine Davis | Chapter 13 Proceedings |
| Debtor | Judge Jessica Price Smith |

### ORDER GRANTING MOTION OF DEBTOR(S) FOR PLAN PAYMENT MORATORIUM

This cause came before this Honorable Court on the motion of the Debtor(s) for a plan payment moratorium (Debtors' Motion). This Court hereby finds as follows:

That Debtors' Motion for a three-month moratorium is hereby granted. The moratorium shall begin on the fifteenth day of April, 2021 and shall end on the last day of May, 2021.

For the duration of the moratorium the plan payment shall be (check one):

\_\_\_\_\_ suspended in its entirety.

\_\_x\_\_ lowered to $614.67 per month.

If the plan is a "conduit" plan, the Trustee shall (check one):

\_\_x\_\_ continue to make the ongoing conduit mortgage payment(s):

\_\_\_\_\_ discontinue making conduit mortgage payments for the duration of the

moratorium.

The Trustee is to refund any funds received from or on behalf of the Debtor during any court-approved moratorium with the exception of any funds necessary to make any conduit mortgage payments required to be made under this order, or unless the Trustee has already distributed funds received during any court-approved moratorium to creditors.

**IT IS SO ORDERED.**

###

Submitted by:

BALENA LAW FIRM LLC

/s/ William J Balena
William J. Balena, Member 0019641
Attorney for Debtor
31369 Saint Andrews
Westlake, OH 44145
Phone: 440-365-2000
Fax: 866-936-6113
docket@ohbksource.com

SERVICE LIST

Lauren Helbling, Ch. 13 Trustee (via-ecf at ch13trustee@ch13cleve.com)

William J. Balena (via-ecf at docket@ohbksource.com)

Stephen R. Franks, on behalf of Deutsche Bank National Trust Company, via ecf at amps@manleydeas.com

Edward A Bailey on behalf of Wells Fargo Bank N.A. vis ecf at bknotices@reimerlaw.com.

Edward and Christine Davis, 895 Jamestown Ave., Elyria, OH 44035

General Motors, Payroll Services/Wage Attachments, PO Box 62650, Phoenix, AZ 85082-2650

AT&T Wireless
P.O. box 10330
Fort Wayne, IN 46851

Action Payloan
P.O. Box 7826
Shawnee Mission, KS 66207

Advance America Corp. Office
135 North Church Street
Spartanburg, SC 29306

Amsher Collection
4524 Southlake Pkwy, Suite 15
Birmingham, AL 35244

Attorney General of the United States
Main Justice Building
10th and Constitution Ave NW
Washington, DC 20530

CBE Group
1309 Technology Pkwy
Cedar Falls, IA 50613

Caine & Weiner

5805 Sepulveda Blvd
Van Nuys, CA 91411

Cashland
17 Triangle Pk
Cincinnati, OH 45246

Charter Communications
400 Atlantic Street
Stamford, CT 06901

Check N Go
7755 Montgomery Rd
Cincinnati, OH 45236

City of Westlake
2770 Hilliard Blvd
Westlake, OH 44145

Columbia Gas
P.O. Box 742510
Columbus, OH 45274

Credit CollectionAce Cash - Corporate Office
1231 Greenway Drive, Suite 600
Irving, TX 75038

Avante USA
3600 South Gessner Road, #225
Houston, TX 77063

Cash Land
17 Triangle Park
Cincinnati, OH 45246

Cash Land
17 Triangle Park
Cincinnati, OH 45246

Cash Stop
2193 North Ridge Road
Lorain, OH 44055

Central Credit Services, Inc.
9550 Regency Square Blvd, #500
Jacksonville, FL 32225

Cleveland Clinic
9500 Euclid Avenue
Cleveland, OH 44195

Cleveland Clinic Physicians
9500 Euclid Avenue
Cleveland, OH 44106

Columbia Gas
P.O. Box 742510
Cincinnati, OH 45274-2510

Dean McNeeley DDS
550 North Abbe Road
Elyria, OH 44035

Elyria Memorial Hospital
630 East River Street
Elyria, OH 44035

Elyria Public Utilities
P.O. Box 4018
Elyria, OH 44036-4018

FFCC
24700 Chagrin Blvd, #205
Beachwood, OH 44122

First Credit
P.O. Box 630838
Cincinnati, OH 45263

GE Capital
Attn: President
P.O. Box 642333
Pittsburgh, PA 15264

Great Lakes Higher Education
2401 International Lane
Madison, WI 53704

H & R Block
P.O. Box 677463
Dallas, TX 75267

Hard Rock Rocksino Northfield Park
10777 Northfield Road
Northfield, OH 44067

Kohl's
N56 W17000 Ridgewood Drive
Menomonee Falls, WI 53051

Lull
3905 State Street
Santa Barbara, CA 93105

P.O. Box 65250
Salt Lake City, UT 84165

Midland Credit Management, Inc.
P.O. Box  60578
Los Angeles, CA 90060-0578

TRS Recovery Service, Inc.
P.O. Box 60022
City of Industry, CA 91716

Navient
123 Justison Street, 3rd Fl
Wilmington, DE 19801

World Gym
5248 Cobblestone Road
Sheffield Lake, OH 44054

Nelnet, Inc.
P.O. Box 82561
Lincoln, NE 68501

Ohio Edison
P.O. Box 3637
Akron, OH 44309-3637

Onemain Financial
360 Chestnut Commons Drive
Elyria, OH 44035

OPP Loans
130 E Randolph St #3400
Chicago, IL 60601

ROI
P.O. Box 62850
Baltimore, MD 21264

Sentral Financial LLC
84 Villa Road
Greenville, SC 29615

SPS Financing